**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 107.222.107.151**

**ISP:** AT&T U-verse
**Physical Location:** Katy, TX

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 04/28/2018 09:37:33 | E29D753F860FE87DDE8DBB0E09FAEDF14208095D | Deeper and Deeper |
| 04/28/2018 09:31:05 | 4C46F34F2008E346FCD584E5844F79213DEC44F5 | Everybody Plays Three Ways |
| 12/29/2017 23:19:22 | 10E825EC3797EDCE323AEC2E4947A8A63DB8A0DC | Into The Lions Mouth |
| 10/13/2017 01:47:38 | 02C86CB51F68272CAEEC64317C144AA56D93A093 | Pure Gold |
| 10/13/2017 01:35:02 | 9D23691FA068B793B7E1648228D2C33EE401C535 | Piano Concerto |
| 10/10/2017 02:49:20 | 1013AD59CD964D5872750551C25A1DAFE10CF33C | Sex For Three By The Sea |
| 10/07/2017 00:53:59 | 275FDF6B11A2E9BB6311ED7CE2CD69EF7536AE24 | Hippie Chicks |

**Total Statutory Claims Against Defendant: 7**

EXHIBIT A

STX143